UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CV-81230

ANA M. LYONS,

        Plaintiff,

v.

PAYER MATRIX, LLC,

        Defendant.

_____

**REPORT AND RECOMMENDATION ON JOINT MOTION FOR FLSA SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE**

THIS CAUSE is before me on the parties' Joint Motion for Settlement Approval and Dismissal With Prejudice, ECF No. 21. Plaintiff, Ana M. Lyons, and Defendant, Payer Matrix, LLC, have settled this case filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203 *et seq.*, and seek the Court's approval of their settlement agreement. U.S. District Judge Ed Artau referred the Motion to me for a Report and Recommendation. ECF No. 22. After carefully reviewing the record and the settlement agreement, and after conducting a fairness hearing on June 17, 2026, I find that the settlement agreement represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, it is **RECOMMENDED** that:

1. The Joint Motion [ECF No. 21] be **GRANTED**.

2. The parties' FLSA settlement agreement be **APPROVED**.

3. This case be **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the settlement agreement for 30 days.

4. Any and all pending motions be **DENIED AS MOOT**.


### NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Ed Artau, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**


**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 17th day of June 2026.


BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2