UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:25-cv-81230-EA

Ana M. Lyons,

      Plaintiff,

v.

Payer Matrix, LLC,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on report and recommendation recommending that the parties' joint motion for their settlement to be approved [ECF No. 24] Having carefully reviewed the report and recommendation, it is **ORDERED AND ADJUDGED**:

1. The report and recommendation [ECF No. 24] is **ADOPTED**.

2. The parties' joint motion for settlement approval [ECF No. 21] is **GRANTED**.

3. The complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

4. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 7th day of July 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Gabriel Talan Roberts**
Scott Law Team, LLC
250 S. Central Blvd, Ste 205
Jupiter, FL 33458

561-653-0008
Email: groberts@scottlawteam.com

**Holly Mae Hamilton**
Marshall Dennehey
Marshall Dennehey Warner Coleman & Goggin
2400 E. Commercial Blvd.
Ste 11th Floor
Fort Lauderdale, FL 33308
954-847-4920
Email: hxhamilton@mdwcg.com

**Susan Virginia Warner**
Pierson Ferdinand LLP
333 SE 2nd Avenue
Suite 2000
Miami, FL 33131
786-310-0637
Fax: 786-524-0260
Email: susan.warner@pierferd.com

**Sophia Eudine Dominiqu Philor**
Marshall Dennehey
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
(954)2333026
Email: sephilor@mdwcg.com